IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JAMAAL A. MCNEIL,** | CASE NO. 4:09CV3115 |
| **Plaintiff,** | |
| v. | ORDER |
| **THE UNITED STATES OF AMERICA,** et al., | |
| **Defendants.** | |

This matter is before the court on Plaintiff's Motion to Amend. (Filing No. 28.) In his Motion, Plaintiff seeks leave from the court to amend a letter he previously sent to the Department of Justice. (*Id.*) The court dismissed this matter on July 20, 2009. (Filing Nos. 26 and 27.) The court cannot determine what, if any, relief Plaintiff seeks in the Motion, and it appears to be unrelated to this matter.

IT IS THEREFORE ORDERED that: Plaintiff's Motion to Amend (Filing No. 28) is denied.

DATED this 24th day of November, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.